United States District Court
Southern District of Texas
**ENTERED**
April 29, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| WILL ANTONIO AMAYA HERNANDEZ, | § § § | |
| Petitioner, | § § | CIVIL ACTION NO. H-26-2729 |
| vs. | § § | |
| WARDEN, Montgomery Processing Center, *et al.*, | § § § § | |
| Respondents. | § § | |

**ORDER EXTENDING TEMPORARY RESTRAINING ORDER**

On April 16, 2026, the court granted the petitioner's request for a temporary restraining order.  (*See* Docket Entry No. 7).  The same day, a hearing on the motion for a temporary restraining order was set for May 7, 2026.  (*See* Docket Entry No. 8).  Finding that good cause so exists, it is **ordered** that the Temporary Restraining Order entered on April 16, 2026, is extended until the day of the motion hearing, May 7, 2026.

SIGNED on April 29, 2026, at Houston, Texas.

_____
Lee H. Rosenthal
Senior United States District Judge