United States District Court
Southern District of Texas

**ENTERED**

May 06, 2026

Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| WILL ANTONIO AMAYA HERNANDEZ, | § § § | |
| Petitioner, | § | CIVIL ACTION NO. H-26-2729 |
| | § | |
| vs. | § § | |
| WARDEN, Montgomery Processing Center, *et al.*, | § § § | |
| Respondents. | § § | |

**ORDER**

The Agreed Motion to Waive Hearing on Temporary Restraining Order and Rule on the Briefing (Docket Entry No. 14) is granted. The hearing scheduled for May 7, 2026, is cancelled.

SIGNED on May 6, 2026, at Houston, Texas.

_____

Lee H. Rosenthal
Senior United States District Judge