United States District Court
Southern District of Texas

**ENTERED**

August 06, 2026

Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| WILL ANTONIO AMAYA HERNANDEZ, | § § § | |
| Petitioner, | § | CIVIL ACTION NO. H-26-2729 |
| | § | |
| vs. | § § | |
| WARDEN, Montgomery Processing Center, *et al.*, | § § § | |
| Respondents. | § § | |

**ORDER**

The petitioner, Will Antonio Amaya Hernandez, is a detainee in the custody of United States Department of Homeland Security, Immigration and Customs Enforcement (ICE) officials at the Montgomery Processing Center.  (Docket Entry No. 1).  Through counsel, he filed a motion for a temporary restraining order.  (Docket Entry No. 17).  In its Order of July 31, 2026, the court granted Amaya Hernandez's motion for a temporary restraining order, ordered the government to respond to the motion, and set a hearing on the motion for August 6.  (*See* Docket Entry No. 18). In the government's response to the motion for a TRO, they state that "On August 3, 2026, the undersigned counsel directed agency counsel to initiate a third country fear screening for Mexico for Petitioner. As of this writing, the Department of Homeland Security (DHS) has not yet completed the screening." (Docket Entry No. 20 at 2) (footnote omitted).  The government further states: "Because DHS has not yet completed Petitioner's third country fear screening, at this juncture, Respondents do not oppose Petitioner's motion for temporary restraining order (Dkt. 17). Respondents will update the Court once the fear screening is complete."  (*Id.*).

Based on the government's response, the hearing scheduled for August 6, 2026, is **cancelled**. The government is directed to file an update with the court **by August 12, 2026**, on the petitioner's third country fear screening.

SIGNED on August 6, 2026, at Houston, Texas.

_____
Lee H. Rosenthal
Senior United States District Judge