United States District Court
Southern District of Texas
**ENTERED**
November 17, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| WILL ANTONIO AMAYA HERNANDEZ, | § | |
| Petitioner, | § | CIVIL ACTION NO. H-26-2729 |
| vs. | § | |
| WARDEN, Montgomery Processing Center, *et al.*, | § | |
| Respondents. | § | |

## ORDER

The petitioner, Will Antonio Amaya Hernandez, is a detainee in the custody of United States Department of Homeland Security, Immigration and Customs Enforcement (ICE) officials at the Montgomery Processing Center. (Docket Entry No. 1). Through counsel, he has filed an Emergency Response to Notice of Removal to Liberia and Renewed Motion for Temporary Restraining Order. (Docket Entry No. 25).

The court **orders** the government to file a response to Docket Entry No. 25 by November 20, 2026. The court will hold a hearing, via Zoom, on November 30, 2026, at 10:30 a.m. CST.[1] The respondents are **ENJOINED** from removing the petitioner, Will Antonio Amaya Hernandez, from the Southern District of Texas until further order of the court.

SIGNED on November 17, 2026, at Houston, Texas.

Lee H. Rosenthal
Senior United States District Judge

[1] The link for hearings held via Zoom can be found on the court's public website at https://www.txs.uscourts.gov/page/united-states-district-judge-lee-h-rosenthal-senior.